UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. FISHMAN | : | |
| Plaintiff, | : | NO.:   13-5198 |
| v. | : | |
| ALAN B. EPSTEIN and SPECTOR GADON & ROSEN, P.C. | : | Jury of Twelve (12) Jurors Demanded |
| Defendants. | : | |

## SUBSTITUTION OF APPEARANCE

To the Clerk:

Kindly substitute the appearance of Matthew B. Weisberg, Esquire for Adrian M. Vuckovich, Esquire and Christopher R. Bargione, Esquire, on behalf of Plaintiff, Robert M. Fishman, in regards to the above captioned matter.

**WEISBERG LAW, P.C.**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. FISHMAN | : | |
| | : | |
| Plaintiff, | : | NO.:   13-5198 |
| | : | |
| v. | : | |
| | : | |
| ALAN B. EPSTEIN and | : | Jury of Twelve (12) Jurors Demanded |
| SPECTOR GADON & ROSEN, P.C. | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 19th day of September, 2013, a true and correct copy of the foregoing Substitution of Appearance was served via ECF, upon the following parties:

Demetra Arapakis Christos, Esq.
Foley & Mansfield, PLLP
55 West Monroe Suite 3420
Chicago, IL 60603

Adrian M. Vuckovich, Esq.
Christopher R. Bargione
Collins Bargione & Vuckovich
One North LaSalle St., Ste. 300
Chicago, IL 60602

Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Seven Penn Center
Philadelphia, PA 19103

Joseph J. Santarone, Esquire
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103

                                    **WEISBERG LAW, P.C.**

                              <u>/s/ Matthew B. Weisberg</u>
                              Matthew B. Weisberg, Esquire
                              Attorney for Plaintiff