IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPECTOR GADON & ROSEN, P.C.,<br><br>              Plaintiff,<br><br>     v.<br><br>ROBERT M. FISHMAN,<br><br>              Defendant. | CIVIL ACTION<br>NO. 13-2691 (LEAD CASE) |
| ROBERT M. FISHMAN,<br><br>              Plaintiff,<br><br>     v.<br><br>ALAN B. EPSTEIN and SPECTOR GADON & ROSEN, P.C.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 13-5198<br><br><br><br>CONSOLIDATED CASES |

**ORDER**

**AND NOW**, this 7th day of May 2015, upon consideration of Plaintiff Robert M. Fishman's Motion for Reconsideration (ECF No. 13-5198, Doc. No. 52), and Defendants' Response (ECF No. 13-5198, Doc. No. 53), it is **ORDERED** that the Motion is **DENIED**.

                                                                FOR THE COURT:


                                                                /s/ Joel H. Slomsky
                                                                JOEL H. SLOMSKY, J.